The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAJUAN WAYNE JACKSON,

Defendant.

NO. CR23-175-JNW

[~~PROPOSED~~]

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1.      27 rounds of Sellier & Bellot, 9x19 ammunition;

2.      One Anderson Manufacturing Model AM-15 multi-caliber rifle, and any associated ammunition; and

3.      16 rounds of Lake City rifle ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture - 1
*United States v. Jackson,* CR23-175-JNW

- On April 2, 2024, the Court entered a Preliminary Order of Forfeiture, forfeiting Defendant's interest in the 27 rounds of Sellier & Bellot, 9x19 ammunition forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), as property involved in the commission of *Unlawful Possession of Ammunition*, in violation of 18 U.S.C § 922(g)(1), *see* Dkt. No. 33;

- On April 2, 2024, the Court entered a Preliminary Order of Forfeiture, forfeiting Defendant's interest in the Anderson Manufacturing Model AM-15 multi-caliber rifle and associated ammunition, as well as 16 rounds of Lake City Rifle ammunition, forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), as property involved in Defendant's commission of *Unlawful Possession of a Firearm and Ammunition*, in violation of 18 U.S.C. § 922(g)(1), *see* Dkt. No. 33;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 37) and provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A-B); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

Final Order of Forfeiture - 2
*United States v. Jackson,* CR23-175-JNW

3.     The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.


DATED this 27th day of March 2024.



_____
THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE








Presented by:


*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov






Final Order of Forfeiture - 3
*United States v. Jackson,* CR23-175-JNW